M. Jeffery Kallis, SBN 190028
THE LAW FIRM OF ICALLIS & ASSOCIATES, P.C.
333 W. San Carlos St., 8ᵗʰ Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M J Kallis@Kallislaw.org
Jeff_Kallis@Kallislaw.com

Steven M. Berki, SBN 245426
BUSTAMANTE, GAGLIASSO, P.C.
333 W. San Carlos St., 8ᵗʰ Floor
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
SBerki@boglawyers.com

Attorneys for Plaintiffs
MS. Mary Lou Gonzales

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Mary Lou Gonzales;<br><br>    Plaintiffs,<br><br>VS.<br><br>CITY OF SAN JOSE, as a municipal corporation; prior SAN JOSE POLICE CHIEF CHRIS MOORE, individually and in his official capacity; SJPD DETECTIVE YVONNE DELACRUZ in her official and individual capacity; SJPD SGT MATHEW ARCHER in his official and individual capacity; SJPD Homicide Detective JAIME JIMENEZ in his individual and official capacity; SJPD Officers Ruben Sanchez (doe 1); Casey Higgins (doe 2); Stephen Fries (doe 3); Michael Pifferini (doe 4) in their individual and official capacities; SJPD Officers and Detectives and SJPD employees Doe 5-50 in their Individual and Official Capacities,<br><br>    Defendants | CASE NUMBER # 4:13 CV 00695 PJH<br><br>STIPULATION AND ORDER TO ALLOW THE FILING OF A 2ᴺᴰ AMENDED COMPLAINT:<br><br><br>DEMAND FOR JURY TRIAL |

Gonzales v SJPD et.al. / Stipulation to allow 2ⁿᵈ Amended Complaint                              Page 1
United State District Court for the Northern District of California
Case #  4:13 CV 00695 PJH

1. Whereas, the names of 4 defendants (Officers Ruben Sanchez ,Casey Higgins Stephen Fries,; Michael Pifferini) were not known by plaintiff prior to submitting the 1st Amended Complaint, and were thus not included in the 1st Amended Complaint;

2. Whereas. The names of Doe1 through Doe 4[Officers Ruben Sanchez (doe 1); Casey Higgins (doe 2); Stephen Fries (doe 3); Michael Pifferini (doe 4) ] are now known to Plaintiff;

3. Whereas, judicial economy will be promoted by not having the plaintiff file a Motion For Leave To Amend;

4. Whereas, the parties will save significant resources by not having to file a Motion For Leave To Amend or the opposition and reply briefs;

5. It is hereby stipulated that the Defendant does not object to the Plaintiff filing a 2nd Amended Complaint;

6. And that the Defendant will accept service of summons and the 2nd Amended Complaint on behalf of Officers Casey Higgins, Stephen Fries, Rubin Sanchez who are now substituted for Does 1 through 3. The defendant will not accept service of summons and the 2nd Amended Complaint on behalf of Michael Pifferini who is now substituted as Doe 4.

May 29, 2013                          The Law Firm of KALLIS & Associates p.c.
                                      _____/s/_____
                                      M. Jeffery Kallis, Co-counsel for Plaintiff

May 29, 2013                          Bustamante & Gagliasso PC
                                      _____/s/_____
                                      Steven M. Berki, Co-counsel for Plaintiff

May 29, 2013                          City Attorney's Office San Jose California
                                      _____/s/_____
                                      Randolph Hom, Senior Deputy City Attorney

Good Cause showing the Court here so Orders that the Plaintiff be allowed to file a 2nd Amended Complaint.

Dated: 5/30/13 _____      _____
                                         The Honorable Phyllis J. Hamilton District Court Judge

[IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California]

Gonzales v SJPD et.al. / Stipulation to allow 2nd Amended Complaint                                  Page 2
United State District Court for the Northern District of California
Case #  4:13 CV 00695 PJH