UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MARY LOU GONZALES,

    Plaintiff,

  v.

CITY OF SAN JOSE, et al.,

    Defendants. | Case No. 13-cv-00695-BLF

**CASE MANAGEMENT ORDER** |
|---|---|

On 05/13/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 09/11/2014 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 03/19/2015 at 9:00 am |
| Final Pretrial Conference | 06/04/2015 at 2:30 pm |
| Trial | 06/15/2015 at 9:00 am |

United States District Court
Northern District of California

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

Dated:  May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge