UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY LOU GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No. 13-cv-00695-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; CASE MANAGEMENT ORDER** |

On September 3 and 5, 2014, the parties filed separate case management statements. ECF 63, 64. Upon review of the parties' respective submissions, it does not appear that there are any substantial disputes requiring case management. Accordingly, the Case Management Statement presently scheduled for September 18, 2014 at 1:30 p.m. is HEREBY VACATED.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | As needed. Parties may request a CMC by stipulation or administrative motion. |
| Last Day to Amend Pleadings or Add Parties | No later than 90 days before fact discovery cutoff |
| Fact Discovery Cut-Off | 12/12/2014 |
| Last Day to Disclose Experts | 03/14/2015 |
| Expert Discovery Cut-Off | 04/14/2015 |
| Last Day to Hear Dispositive Motions | 03/19/2015 at 9:00 a.m. |
| Final Pretrial Conference | 06/04/2015 at 2:30 p.m. |
| Trial | 06/15/2015 at 9:00 a.m. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT pursuant to the parties' joint request, the Federal Rule of Civil Procedure 30 limit on depositions is expanded to 25 per side.

Dated: September 16, 2014

BETH LABSON FREEMAN
United States District Judge