UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY LOU GONZALES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　　Defendants. | Case No. 5:13-cv-00695-BLF<br><br>**CLARIFICATION RE: ORDER GRANTING-IN-PART MOTION TO COMPEL AND DENYING MOTION FOR SANCTIONS**<br><br>**(Re: Docket Nos. 95, 98)** |

In the court's previous order, its reference to "withheld documents" referred to documents withheld-in-whole as well as those withheld-in-part, i.e. redacted.[1]  Defendants shall comply accordingly.  To the extent that Defendants maintain that redacted information is subject to privilege, Defendants shall tender a privilege log to that effect within the 21 days previously ordered, or no later than December 16, 2014.

**SO ORDERED.**

Dated: December 9, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 95 at 3 ("the appropriate course here is to order Defendants to amend their responses within 21 days to conform with their representations by withdrawing any hint that they have withheld documents based on the privilege.").

1