UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY LOU GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No. 13-cv-00695-BLF<br><br>**ORDER RE DECLARATION OF STEVEN M. BERKI REGARDING INABILITY TO FILE TRIAL DOCUMENTS**<br><br>[Re: ECF 197] |

It is hereby ordered that the parties in the above-captioned case submit the pre-trial filings that were due on November 5, 2015 by no later than 5 PM on November 6, 2015. If Defendant's computer networks and email systems continue to preclude such filings, the parties must contact the Court's clerk to apprise the Court of the circumstances.

**IT IS SO ORDERED.**

Dated: November 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge