UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY LOU GONZALES,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY OF SAN JOSE, et al.,<br><br>                Defendants. | Case No.  13-cv-00695-BLF<br><br>**ORDER RE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>[Re: ECF 232] |

Plaintiff is requested to provide the Court with a summary of hours expended on the major tasks necessary to prosecute this action as set forth on the chart below. The Court expects that the total number of hours will equal the hours set forth in the Motion for Attorneys' Fees and as reflected in the time sheets submitted in support of the Motion. The information requested will provide the Court with a clear understanding of the *Lodestar* amount requested by Plaintiff and assist the Court in assessing the reasonableness of the hours expended.

| Task | Kallis | Berki | Gagliasso | Emmaneel | Acquesta | Staff |
|---|---|---|---|---|---|---|
| Pre-Suit Investigation | | | | | | |
| Drafting Initial Complaint | | | | | | |
| Motion to Dismiss | | | | | | |
| Drafting Amended Complaints | | | | | | |
| Discovery, including motions | | | | | | |
| Case Management Conferences and Filings | | | | | | |
| Motion for Summary Judgment | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Settlement Discussions and Briefs | | | | | | |
| Trial Preparation | | | | | | |
| Miscellaneous (describe) | | | | | | |
| Total Hours | | | | | | |

In addition to the above recitation, Plaintiff shall provide the Court with calculations of the following categories of hours expended. The Court recognizes that these hours were included in the above-listed categories.

| Task | Time Devoted |
|---|---|
| *Monell* Claim | |
| Ms. Acquesta's Case Orientation | |
| Battery Claim | |

**IT IS SO ORDERED.**

Dated: April 18, 2016

BETH LABSON FREEMAN
United States District Judge