# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARY LOU GONZALES,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF SAN JOSE, et al.,<br>　　　　Defendants. | Case No. 13-cv-00695-BLF<br><br>**ORDER REQUIRING UPDATE**<br>[Re: ECF 225] |

On February 11, 2016, the Court granted the parties' Stipulation Re: Resolution of Case, which provided that Defendants would pay Plaintiff within 21 calendar days of the Court's order on Plaintiff's Motion for Attorneys Fees and that, upon receipt of payment, Plaintiff would dismiss the action with prejudice. ECF 225. On May 26, 2016, the Court issued its Order Granting as Modified Motion for Attorneys' Fees. ECF 244. Defendants' deadline for payment was therefore June 16, 2016 and Plaintiff's notice of dismissal should have followed shortly thereafter. Instead, more than a month has passed. Accordingly, the parties are ORDERED to dismiss the case or provide a status update regarding resolution by no later than July 26, 2016.

**IT IS SO ORDERED.**

Dated: July 19, 2016

_____
BETH LABSON FREEMAN
United States District Judge