M.JEFFREY KALLIS, ESQ. (SBN: 190028)
Law Firm of Kallis and Associates, P.C.
333 W.San Carlos Street, 6th Floor
San Jose, California 95110
Telephone Number: (408) 971-4644
Facsimile Number: (408) 971-4644
E-Mail Address: M_J_Kallis@KallisLaw.com

Steven Michael Berki, Esq. (SBN: 245426)
BUSTAMANTE & GAGLIASSO, APC
333 W. San Carlos Street, 6th Floor
San Jose, CA 95110
Telephone Number:  (408) 977-1911
Facsimile Number:  (408) 977-0746
E-Mail Address:  sberki@boglawyers.com

Attorneys for Plaintiff MARY LOU GONZALES

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (152833)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE,
YVONNE DELACRUZ, MATTHEW ARCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY LOU GONZALES<br><br>                     Plaintiff,<br><br>       v.<br><br>CITY OF SAN JOSE, et al.<br><br><br>                     Defendants. | Case No.    CV13-0695 BLF<br><br>**STIPULATION OF DISMISSAL**<br>*Fed. R. Civ. P. §41(a)(1)(A)* |

**IT IS HEREBY STIPULATED** by and between plaintiff Mary Lou Gonzales ("Plaintiff")

and defendants City of San Jose, Matthew Archer, and Yvonne De La Cruz ("Defendants") that

in response to the resolution obtained and after having met and conferred, Plaintiff's Complaint and each cause of action should be dismissed with prejudice.

The parties thereby agree as follows:

Plaintiff's claims are dismissed with prejudice. All claims and parties are dismissed by way of this Stipulation. This Stipulation and Dismissal is brought pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

**IT IS SO STIPULATED.**

Dated: July 21, 2016      BUSTAMANTE & GAGLIASSO, P.C.

By:_____/S/_____
Steven M. Berki, Counsel of Record
for Plaintiff

Dated: July 21, 2016      KALLIS & ASSOCIATES, P.C.

By:_____/S/_____
M. Jeffery Kallis, Counsel of Record
for Plaintiff

Dated: July 21, 2016      RICHARD DOYLE, City Attorney

By:_____/S/_____
Ardell Johnson
Chief Deputy City Attorney
Attorneys for Defendants

# [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the stipulation is GRANTED.

Plaintiff's Complaint is dismissed with prejudice.

SO ORDERED.

Dated: July 21, 2016

*Beth Labson Freeman*

Hon. Beth Labson Freeman
United States District Judge